UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs. | § | Case No: 5:22-cr-00653-OLG-1 |
| CHRISTOPHER JOHN PETTIT | § | |

## MOTION FOR CONTINUANCE OF ALL DEADLINES

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes defendant CHRISTOPHER PETTIT, by and through their undersigned counsel, and respectfully files Motion for Continuance and in support would show the following:

I.

Counsel has reviewed discovery but has had to schedule multiple meetings with Mr. Pettit as they are under a protective order. Counsel has received a plea agreement but is still reviewing it with Mr. Pettit.

Further, counsel is currently scheduled for trial in Federal Court in Alabama on August 21, 2023. The case number is 2:21-CR-00288-ECM-SMD. The case has already been to trial twice previously and both resulted in mistrials due to hung juries. This will be the 3rd jury trial.

II.

This motion is not made for delay but so that justice may be done.

III.

Counsel has conferred with AUSA Robert Almonte and he is unopposed to this Motion.

RESPECTFULLY SUBMITTED:

/s/ Matthew T. Allen

_____

MATTHEW T. ALLEN
Texas Bar No.  24087094
310 S. St. Mary's Suite 965
San Antonio, Texas 78205
Phone: 210-413-0195
Fax: 210-209-8143

ATTORNEY FOR DEFENDANT

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs. | § | Case No: 5:22-cr-00653-OLG-1 |
| CHRISTOPHER JOHN PETTIT | § | |

## CERTIFICATE OF CONFERENCE

I hereby certify that on or about July 7, 2023, Defense Counsel notified AUSA Robert Almonte, of the United States Government, that such a Motion will be made.

/s/ Matthew T. Allen

_____

Matthew T. Allen

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs. | § | Case No: 5:22-cr-00653-OLG-1 |
| CHRISTOPHER JOHN PETTIT | § | |

CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of May 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Robert Almonte**
United States Attorney's Office
601 NW Loop 410
San Antonio, Texas 78216
210-384-7110
Email: Robert.Almonte2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


/s/ Matthew T. Allen
_____
Matthew T. Allen

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs. | § | Case No: 5:22-cr-00653-OLG-1 |
| CHRISTOPHER JOHN PETTIT | § | |

**ORDER ON MOTION FOR CONTINUANCE OF ALL DEADLINES**

IT IS HEREBY ORDERED that the above entitled Motion for Continuance is:

(Granted) and the case is continued until _____.

(Denied) to which ruling the Defendant accepts.

IT IS SO ORDERED this _____ day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE