FILED
February 08, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____MAM_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| V. | ) CRIMINAL NO. SA-22-CR-00653-OLG |
| CHRISTOPHER JOHN PETTIT, | ) |
| Defendant. | ) |

## ORDER OF MONEY JUDGMENT

Pending before the Court is the United States of America's Motion for Entry of Money Judgment, pursuant to Fed. R. Crim. P. 32.2(b)(1) & (2), (c)(1), and (e) and Title 21 U.S.C. § 853(p). This Court being fully and wholly apprised in all its premises, finds that the United States has proven by a preponderance of the evidence that the money judgment described below represents the value of the property involved in or amount of proceeds obtained by the Defendant from violations of Title 18 U.S.C. § 1343 and Title 18 U.S.C. § 1957, by virtue of the Defendant's guilty plea with the factual basis recited into record. This Court further finds that said money judgment is a criminal monetary penalty under Condition(s) 14, 15, and 16 of the United States, Western District of Texas Conditions of Probation and Supervised Release. Said motion is meritorious and should be, and hereby is, in all things GRANTED. IT IS THEREFORE

ORDERED that all right, title, and interest of the Defendant in the following:

**Money Judgment:** A sum of money equal to $65,000,000.00 which represents the proceeds obtained, directly or indirectly, or which represents the value of property used to facilitate or intended to be used to facilitate the violations set forth in the counts referenced above for which the Defendant is solely liable,

hereinafter referred to as the Subject Money Judgment be, and hereby is, FORFEITED to the United States of America; and IT IS FURTHER

ORDERED that should the Court assess a term of probation or supervised release against the Defendant said Defendant shall pay the Subject Money Judgment in accordance with a schedule of payments established by the United States Probation Office, to commence after all other criminal debt has been satisfied pursuant to Title 18 U.S.C. § 981(a)(1)( C), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c), and pursuant to Title 18 U.S.C. § 982(a)(1); and IT IS FURTHER

ORDERED that Defendant, make payments by money order or certified check made **payable to the United States Marshals Service** and shall include the case number of the instant cause on all money orders or certified checks, which is **SA-22-CR-00653-OLG**, and said payments shall be:

> Payable to United States Marshals Service
> Mailed to:
> United States Attorney's Office
> Attn: Asset Forfeiture Section
> 601 NW Loop 410, Suite 600
> San Antonio, TX 78216

and IT IS FURTHER

ORDERED that the United States shall, at its option, be entitled to the forfeiture of any other property (substitute assets) owned by the Defendant, equivalent to the value of the Subject Money Judgment; and IT IS FURTHER

ORDERED that at the time of the sentencing of the Defendant, this Order of Money Judgment shall become final as to the Defendant, be made part of his sentence, and be included in the Judgment in a Criminal Case.

IT IS SO ORDERED.

SIGNED this __8th__ day of __February__, 2024.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE